# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ted Bishop, ) | No. CV-11-8144-PCT-GMS |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| Law Office of James R. Vaughan, PC; ) and Does 1-10, inclusive, ) | |
| Defendants. ) | |

The Court has been advised that this case has settled (Doc. 8).

**IT IS ORDERED** that this matter will, without further Order of this Court, be dismissed with prejudice within 60 days of the date of this Order unless a stipulation to dismiss is filed prior to the dismissal date.

**IT IS FURTHER ORDERED** vacating any pending hearings.

**IT IS FURTHER ORDERED** denying all pending motions as moot.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to **terminate** this matter on **January 3, 2012** without further leave of Court.

DATED this 3rd day of November, 2011.

*A. Murray Snow*
G. Murray Snow
United States District Judge